BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP        BDFTE#7740756
4004 BELT LINE ROAD, SUITE 100
ADDISON, TX 75001
(972) 386-5040

Attorney for NRZ PASS-THROUGH TRUST X, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-59264-SMS |
| | § | |
| DANIEL JAMES HIESEL, | § | |
|    Debtor | § | CHAPTER 13 |
| | § | |
| | § | CONTESTED MATTER |

## OBJECTION TO CONFIRMATION

COMES NOW NRZ PASS-THROUGH TRUST X, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE (hereinafter "Creditor"), a secured creditor holding a Security Deed on Real Property commonly known as 5893 RONNIE DRIVE, REX, GEORGIA 30273, and for the reasons stated below files its "Objection to Confirmation":

1.

Creditor has filed its Proof of Claim with arrears in the amount of $38,218.65.

2.

Debtor has failed to satisfy Creditor's Proof of Claim pursuant to the terms of the Note and Security Deed by failing to provide for full payment of the arrearage claim in the Chapter 13 Plan. The Plan does not provide for payment of Creditor's allowed secured claim.

3.

The plan fails to timely cure the default reflected in the Proof of Claim as required in 11 U.S.C. § 1322 (b)(5).

4.

Creditor reserves the right to amend and/or supplement its Objection at or prior to any hearing on confirmation of the Plan.

WHEREFORE, Creditor prays for reasonable attorney's fees and for such other and further relief as is just and equitable.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

BY: /s/ Brandi R. Lesesne
BRANDI R. LESESNE
GA NO. 141970
4004 BELT LINE ROAD SUITE 100
ADDISON, TX 75001
Telephone: (972) 386-5040
E-mail: GA.ND.ECF@BDFGROUP.COM
ATTORNEY FOR CREDITOR

## **CERTIFICATE OF SERVICE**

I hereby certify than on July 19, 2018, a true and correct copy of the Objection to Confirmation was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

                Respectfully submitted,

                BARRETT DAFFIN FRAPPIER
                TURNER & ENGEL, LLP

                BY: /s/ Brandi R. Lesesne
                BRANDI R. LESESNE
                GA NO. 141970
                4004 BELT LINE ROAD SUITE 100
                ADDISON, TX 75001
                Telephone: (972) 386-5040
                E-mail: GA.ND.ECF@BDFGROUP.COM
                ATTORNEY FOR CREDITOR

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:

DEBTOR:
Daniel James Hiesel
5893 Ronnie Drive
Rex, GA 30273

DEBTOR'S ATTORNEY:
Darrell L. Burrow
Burrow & Associates, LLC
Building A, Suite 100
2280 Satellite Blvd.
Duluth, GA 30097

TRUSTEE:
Mary Ida Townson
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740